**Order entered September 19, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00636-CV

**JACK J. GRYNBERG, ET AL., Appellants**

**V.**

**MIRIAM Z. GRYNBERG, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02969**

## ORDER

We **GRANT** appellants' September 15, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **SEPTEMBER 30, 2016**. No further extension will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE